## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

JULISSA BRADSHAW,

    Plaintiff,

v.                                          Case No: 8:15-cv-988-T-30TGW

RELIANCE STANDARD LIFE
INSURANCE COMPANY,

    Defendant.

## **ORDER**

**THIS CAUSE** came on for consideration upon the Report and Recommendation submitted by Magistrate Judge Thomas G. Wilson (Dkt. #37). The Court notes that neither party filed written objections to the Report and Recommendation and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation of the Magistrate Judge in conjunction with an independent examination of the file, the Court is of the opinion that the Magistrate Judge's Report and Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1.    The Report and Recommendation (Dkt. #37) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2. Defendant's Motion for Summary Judgment (Dkt. #11) is GRANTED.

3. The Clerk is directed to enter Final Judgment in Defendant's favor and against Plaintiff.

4. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of February, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies Furnished To:
Counsel/Parties of Record

S:\Even\2015\15-cv-988 adopt 37.docx

2